No. 327. FIDELITY AND CASUALTY COMPANY OF NEW YORK, PETITIONER, *v.* BANK OF TIMMONSVILLE. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. J. P. Kennedy Bryan* for petitioner. *Mr. Henry A. M. Smith* and *Mr. P. A. Willcox* for respondent.

No. 328. EDWARD E. BLODGETT, PETITIONER, *v.* THE PORTLAND CHEMICAL AND PHOSPHATE COMPANY ET AL. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fifth Circuit denied. *Mr. G. Philip Wardner* for petitioner. *Mr. Horatio Bisbee* and *Mr. George C. Bedell* for respondents.

No. 329. JEROME P. PORTER ET AL., PETITIONERS, *v.* TONOPAH NORTH STAR TUNNEL AND DEVELOPMENT COMPANY. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. John E. Humphries* and *Mr. Frederick DeC. Faust* for petitioners. *Mr. Joseph C. Campbell* and *Mr. Wm. H. Metson* for respondent.

No. 330. CENTRAL RAILROAD COMPANY OF NEW JERSEY, OWNER, ETC., PETITIONER, *v.* ELIZA E. WREN ET AL. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. E. Grenville Benedict* and *Mr. R. W. DeForest* for petitioner. *Mr. J. Parker Kirlin* and *Mr. Eliot Tuckerman* for respondents.